ORIGINAL

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) OLIVER LEWIS 188943
    (Name of Plaintiff)        (Inmate Number)
P.O. BOX 9561 - HRYCI
WILMINGTON, DE 19809
    (Complete Address with zip code)

(2) OLIVER LEWIS 188943
    (Name of Plaintiff)        (Inmate Number)
P.O. BOX 9561 · HRYCI
WILMINGTON DE 19809
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                    vs.

(1) SUPER FRESH FOOD MARKET
(2) MEAT, MG, RICHARD IRWIN

(3)_____
        (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:        C 6 -   1 0 1
:
:
:    _____
:          (Case Number)
:    ( to be assigned by U.S. District Court)
:
:
:
:
:
:    **CIVIL  COMPLAINT**
:
:
:
:
:    Jury Trial Requested ☐ ☐
:
:
:          FEB 1 5 2006
:
:        U.S. DISTRICT COURT
:        DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

**A.**    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

NONE

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • (Yes) • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • (Yes) • •No

C.    If your answer to "B" is Yes:

1. What steps did you take? Wilm, Del State Superior Court. Charged with Robbery 2ND on (SuperFresh)

2. What was the result? A Mis-Trial on Sept, 21 2005 with prejudice. dis-missed I was Truly exhonorated by The court.

D.    If your answer to "B" is No, explain why not: _____

**III.    DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: SUPER FRESH,FOOD MARKET

Employed as _____ at _____

Mailing address with zip code: 2044 NEW CASTIe AV NEW CASTIe Del, 19720

(2) Name of second defendant: Mr. RICHARD IRWIN

Employed as MEAT MNG, at SUPER FRESH

Mailing address with zip code: 2044 NEW CASTIE AV NEW CASTLE Del, 19720

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On or about Jan, 2005 to Feb, 2005 The Super Fresh store mng. and meal mng. R. Irwin falsely accused me of 2ND degree Robbery definition of character under their bias & raceial stan-

2. der. They also profiled me because I am black.

3. On or about this same date Mr Richard Irwin why inside of the Super Fresh store He, Mr Irwin ass me. On Sept 21, 2005 on behelf of the Super Fresh, why on the standed Mr Irwin made a raecial statement and in trun there was a mistrial

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like for Super Fresh and Mr Mr Richard T. Irwin to write a letter of apolegizes and to pay for the One year I had to spent in prison and all the mental stress.

2. What I am hopeing & prayfully seeking that Super Fresh and its Two managers be held liable for punitive damges on the grounds of fales arrest, raceial discrimination.

3. Definition of character, Emotional, Mental stress also loss of wages Payed Allorney fees : Court Cost of 2.3 Million dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of January, 2006.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



U.S.M.S
X-RAY

LEGAL MAIL

Oliver Frazier 188943
P.O. Box 1904-HRYCI
Wilmington De 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington De 19801