AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **1:06-CV-00101**

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

FILED
MAR - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

__Feb 28, 2006__         __Oliver Lewis__
(Date forms issued)        (Signature of Party or their Representative)

__Oliver F Lewis__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action