IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OLIVER LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-101 JJF |
| | ) |
| SUPER FRESH FOOD MARKET, | ) |
| RICHARD IRWIN, MEAT MANAGER, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Oliver Lewis, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _Feb 28_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _Feb 28_, 2006.

_Oliver Lewis_
Signature of Plaintiff

FILED
MAR - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Oliver R. Lewis 188943
P.O. Box 9561-HRYCI
Wilmington De 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington De 19801-3570